Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE I485 APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
|---|---|---|
| LIN-08-112-52721 | | |

| RECEIVED DATE | PRIORITY DATE | APPLICANT A088 168 074 |
|---|---|---|
| March 3, 2008 | | KHALID, MARIAM     8/16/1979 |

| NOTICE DATE | PAGE |
|---|---|
| March 4, 2008 | 1 of 1 |

CLARE CHERKASKY
LAW OFFICE OF CLARE CHERKASKY
5622 COLUMBIA PIKE   STE 206
FALLS CHURCH VA 22041

Notice Type:   Receipt Notice

Amount received: $ 1010.00

Section: Asylee adjustment

**Receipt Notice-** This notice confirms that USCIS received your application or petition ("this case") as shown above.  If any of the above information is incorrect, please immediately call 800-375-5283 to let us know.  This will help avoid future problems.

This notice does not grant any immigration status or benefit.  It is not even evidence that this case is still pending.  It only shows that the application or petition was filed on the date shown.

**Processing time -** Processing times vary by kind of case.  You can check our website at www.uscis.gov for our current "processing times" for this kind of case at the particular office to which this case is or becomes assigned.  On our websites "case status online" page, you can also view status or sign up to receive free e-mail updates as we complete key processing steps on this case.  During most of the time this case is pending, however, our systems will show only that the case has been received, and the processing status will not have changed, because we will be working on other cases that were filed earlier than this one.  We will notify you by mail, and show in our systems, when we make a decision on this case or if we need something from you.  If you do not receive an initial decision or update from us within our current processing time, check our website or call 800-375-5283.  Please save this notice, and any other notice we send you about this case, and please make and keep a copy of any papers you send us by any means, along with any proof of delivery to us.  Please have all these papers with you if you contact us about this case.

**If this case is an I-130 Petition -** Filing and approval of a Form I-130, Petition for Alien Relative, is only the first step in helping a relative immigrate to the United States.  The beneficiaries of a petition must wait until a visa number is available before they can take the next step to apply for an immigrant visa or adjustment of status to lawful permanent residence.  To best allocate resources, USCIS may wait to process forms I-130 until closer to the time when a visa number will become available, which may be years after the petition was filed.  Nevertheless, USCIS processes forms I-130 in time not to delay relatives ability to take the next step toward permanent residence once a visa number does become available.  If, before final action on the petition, you decide to withdraw your petition, your family relationship with the beneficiary ends, or you become a U.S. citizen, call 800-375-5283.

**Applications requiring biometrics-** In some types of cases USCIS requires biometrics.  In such cases, USCIS will send you a SEPARATE appointment notice with a specific date, time and place for you to go to a USCIS Application Support Center (ASC) for biometrics processing.  You must WAIT for that separate appointment notice and take it (NOT this receipt notice) to your ASC appointment along with your photo identification.  Acceptable kinds of photo identification are: a passport or national photo identification issued by your country, a drivers license, a military photo identification, or a state-issued photo identification card.  If you receive more than one ASC appointment notice, even for different cases, take them both to the first appointment.

**If your address changes-** If your mailing address changes while your case is pending, call 800-375-5283 or use the "Online Change of Address" function on our website.  Otherwise, you might not receive notice of our action on this case.

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. CITIZENSHIP & IMMIG SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
**Customer Service Telephone: 800-375-5283**



Form I-797C (Rev. 01/31/05) N

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

| RECEIPT NUMBER<br>LIN-08-112-52745 | | CASE TYPE  I485   APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS | |
|---|---|---|---|
| RECEIVED DATE<br>March 3, 2008 | PRIORITY DATE | APPLICANT   A088 168 075<br>KHALID, MALALAY | 5/10/97 |
| NOTICE DATE<br>March 4, 2008 | PAGE<br>1 of 1 | | |

| | |
|---|---|
| C CHERKASKY<br>LAW OFFICE OF CLARE CHERKASKY<br>5622 COLUMBIA PIKE  STE 206<br>FALLS CHURCH VA 22041 | Notice Type:   Receipt Notice<br><br>Amount received: $  600.00<br><br>Section: Asylee adjustment |

**Receipt Notice-** This notice confirms that USCIS received your application or petition ("this case") as shown above.  If any of the above information is incorrect, please immediately call 800-375-5283 to let us know.  This will help avoid future problems.

This notice does not grant any immigration status or benefit.  It is not even evidence that this case is still pending. It only shows that the application or petition was filed on the date shown.

**Processing time -** Processing times vary by kind of case.  You can check our website at www.uscis.gov for our current "processing times" for this kind of case at the particular office to which this case is or becomes assigned.  On our websites "case status online" page, you can also view status or sign up to receive free e-mail updates as we complete key processing steps on this case.  During most of the time this case is pending, however, our systems will show only that the case has been received, and the processing status will not have changed, because we will be working on other cases that were filed earlier than this one.  We will notify you by mail, and show in our systems, when we make a decision on this case or if we need something from you.  If you do not receive an initial decision or update from us within our current processing time, check our website or call 800-375-5283.  Please save this notice, and any other notice we send you about this case, and please make and keep a copy of any papers you send us by any means, along with any proof of delivery to us.  Please have all these papers with you if you contact us about this case.

**If this case is an I-130 Petition -**  Filing and approval of a Form I-130, Petition for Alien Relative, is only the first step in helping a relative immigrate to the United States.  The beneficiaries of a petition must wait until a visa number is available before they can take the next step to apply for an immigrant visa or adjustment of status to lawful permanent residence.  To best allocate resources, USCIS may wait to process forms I-130 until closer to the time when a visa number will become available, which may be years after the petition was filed.  Nevertheless, USCIS processes forms I-130 in time not to delay relatives ability to take the next step toward permanent residence once a visa number does become available.  If, before final action on the petition, you decide to withdraw your petition, your family relationship with the beneficiary ends, or you become a U.S. citizen, call 800-375-5283.

**Applications requiring biometrics-** In some types of cases USCIS requires biometrics.  In such cases, USCIS will send you a SEPARATE appointment notice with a specific date, time and place for you to go to a USCIS Application Support Center (ASC) for biometrics processing.  You must WAIT for that separate appointment notice and take it (NOT this receipt notice) to your ASC appointment along with your photo identification.  Acceptable kinds of photo identification are: a passport or national photo identification issued by your country, a drivers license, a military photo identification, or a state-issued photo identification card.  If you receive more than one ASC appointment notice, even for different cases, take them both to the first appointment.

**If your address changes-** If your mailing address changes while your case is pending, call 800-375-5283 or use the "Online Change of Address" function on our website.  Otherwise, you might not receive notice of our action on this case.

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. CITIZENSHIP & IMMIG SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
**Customer Service Telephone: 800-375-5283**



Form I-797C (Rev. 01/31/05) N

Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797C, Notice of Action

| | |
|---|---|
| **RECEIPT NUMBER**<br>LIN-08-112-52860 | **CASE TYPE** I485  APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
| **RECEIVED DATE**<br>March 3, 2008 | **PRIORITY DATE** | **APPLICANT** A088 168 076<br>KHALID, ALHAM  *11/27/05* |
| **NOTICE DATE**<br>March 4, 2008 | **PAGE**<br>1 of 1 | |

CLARE CHERKASKY
LAW OFFICE OF CLARE CHERKASKY
5622 COLUMBIA PIKE  STE 206
FALLS CHURCH VA 22041

Notice Type:  Receipt Notice

Amount received: $  600.00

Section: Asylee adjustment

**Receipt Notice-** This notice confirms that USCIS received your application or petition ("this case") as shown above. If any of the above information is incorrect, please immediately call 800-375-5283 to let us know. This will help avoid future problems.

This notice does not grant any immigration status or benefit. It is not even evidence that this case is still pending. It only shows that the application or petition was filed on the date shown.

**Processing time** - Processing times vary by kind of case. You can check our website at www.uscis.gov for our current "processing times" for this kind of case at the particular office to which this case is or becomes assigned. On our websites "case status online" page, you can also view status or sign up to receive free e-mail updates as we complete key processing steps on this case. During most of the time this case is pending, however, our systems will show only that the case has been received, and the processing status will not have changed, because we will be working on other cases that were filed earlier than this one. We will notify you by mail, and show in our systems, when we make a decision on this case or if we need something from you. If you do not receive an initial decision or update from us within our current processing time, check our website or call 800-375-5283. Please save this notice, and any other notice we send you about this case, and please make and keep a copy of any papers you send us by any means, along with any proof of delivery to us. Please have all these papers with you if you contact us about this case.

**If this case is an I-130 Petition** - Filing and approval of a Form I-130, Petition for Alien Relative, is only the first step in helping a relative immigrate to the United States. The beneficiaries of a petition must wait until a visa number is available before they can take the next step to apply for an immigrant visa or adjustment of status to lawful permanent residence. To best allocate resources, USCIS may wait to process forms I-130 until closer to the time when a visa number will become available, which may be years after the petition was filed. Nevertheless, USCIS processes forms I-130 in time not to delay relatives ability to take the next step toward permanent residence once a visa number does become available. If, before final action on the petition, you decide to withdraw your petition, your family relationship with the beneficiary ends, or you become a U.S. citizen, call 800-375-5283.

**Applications requiring biometrics-** In some types of cases USCIS requires biometrics. In such cases, USCIS will send you a SEPARATE appointment notice with a specific date, time and place for you to go to a USCIS Application Support Center (ASC) for biometrics processing. You must WAIT for that separate appointment notice and take it (NOT this receipt notice) to your ASC appointment along with your photo identification. Acceptable kinds of photo identification are: a passport or national photo identification issued by your country, a drivers license, a military photo identification, or a state-issued photo identification card. If you receive more than one ASC appointment notice, even for different cases, take them both to the first appointment.

**If your address changes-** If your mailing address changes while your case is pending, call 800-375-5283 or use the "Online Change of Address" function on our website. Otherwise, you might not receive notice of our action on this case.

**Please see the additional information on the back. You will be notified separately about any other cases you filed.**
NEBRASKA SERVICE CENTER
U. S. CITIZENSHIP & IMMIG SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
Customer Service Telephone: 800-375-5283



Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

| RECEIPT NUMBER | | CASE TYPE | I485   APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
|---|---|---|---|
| LIN-08-112-52875 | | | |
| RECEIVED DATE | PRIORITY DATE | APPLICANT | A088 168 077 |
| March 3, 2008 | | | KHALID, ZEBEHULLAH |
| NOTICE DATE | PAGE | | |
| March 4, 2008 | 1 of 1 | | |

CLARE CHERKASKY
LAW OFFICE OF CLARE CHERKASKY
5622 COLUMBIA PIKE  STE 206
FALLS CHURCH VA 22041

Notice Type:  Receipt Notice

Amount received: $  600.00

Section: Asylee adjustment

**Receipt Notice-** This notice confirms that USCIS received your application or petition ("this case") as shown above. If any of the above information is incorrect, please immediately call 800-375-5283 to let us know. This will help avoid future problems.

This notice does not grant any immigration status or benefit. It is not even evidence that this case is still pending. It only shows that the application or petition was filed on the date shown.

**Processing time** - Processing times vary by kind of case. You can check our website at www.uscis.gov for our current "processing times" for this kind of case at the particular office to which this case is or becomes assigned. On our websites "case status online" page, you can also view status or sign up to receive free e-mail updates as we complete key processing steps on this case. During most of the time this case is pending, however, our systems will show only that the case has been received, and the processing status will not have changed, because we will be working on other cases that were filed earlier than this one. We will notify you by mail, and show in our systems, when we make a decision on this case or if we need something from you. If you do not receive an initial decision or update from us within our current processing time, check our website or call 800-375-5283. Please save this notice, and any other notice we send you about this case, and please make and keep a copy of any papers you send us by any means, along with any proof of delivery to us. Please have all these papers with you if you contact us about this case.

**If this case is an I-130 Petition** - Filing and approval of a Form I-130, Petition for Alien Relative, is only the first step in helping a relative immigrate to the United States. The beneficiaries of a petition must wait until a visa number is available before they can take the next step to apply for an immigrant visa or adjustment of status to lawful permanent residence. To best allocate resources, USCIS may wait to process forms I-130 until closer to the time when a visa number will become available, which may be years after the petition was filed. Nevertheless, USCIS processes forms I-130 in time not to delay relatives ability to take the next step toward permanent residence once a visa number does become available. If, before final action on the petition, you decide to withdraw your petition, your family relationship with the beneficiary ends, or you become a U.S. citizen, call 800-375-5283.

**Applications requiring biometrics-** In some types of cases USCIS requires biometrics. In such cases, USCIS will send you a SEPARATE appointment notice with a specific date, time and place for you to go to a USCIS Application Support Center (ASC) for biometrics processing. You must WAIT for that separate appointment notice and take it (NOT this receipt notice) to your ASC appointment along with your photo identification. Acceptable kinds of photo identification are: a passport or national photo identification issued by your country, a drivers license, a military photo identification, or a state-issued photo identification card. If you receive more than one ASC appointment notice, even for different cases, take them both to the first appointment.

**If your address changes-** If your mailing address changes while your case is pending, call 800-375-5283 or use the "Online Change of Address" function on our website. Otherwise, you might not receive notice of our action on this case.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. CITIZENSHIP & IMMIG SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
Customer Service Telephone: 800-375-5283

