GERALD E. CONNOLLY
11TH DISTRICT, VIRGINIA

COMMITTEE ON THE BUDGET

COMMITTEE ON
OVERSIGHT AND GOVERNMENT REFORM
SUBCOMMITTEES:
FEDERAL WORKFORCE, POSTAL SERVICE,
AND THE DISTRICT OF COLUMBIA

GOVERNMENT MANAGEMENT, ORGANIZATION,
AND PROCUREMENT

COMMITTEE ON FOREIGN AFFAIRS
SUBCOMMITTEES:
TERRORISM, NONPROLIFERATION AND TRADE

MIDDLE EAST AND SOUTH ASIA

# Congress of the United States
## House of Representatives
### Washington, DC 20515–4611

327 CANNON HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-1492

FAIRFAX OFFICE:
4115 ANNANDALE ROAD
SUITE 103
ANNANDALE, VA 22003
(703) 256-3071

PRINCE WILLIAM OFFICE:
4308 RIDGEWOOD CENTER DRIVE
WOODBRIDGE, VA 22192
(703) 670-4989

April 26, 2010

Ms. Mariam Khalid
8729 Flowering Dogwood Lane
Lorton, VA 22079-5602

Dear Ms. Khalid,

Thank you for contacting me regarding the immigrant visa petition of Mr. Assadullah Kahlid. I realize that this is a matter of great concern to you and I appreciate having the opportunity to be of assistance.

On your behalf, my office contacted the U.S. Citizenship and Immigration Services (USCIS) and asked them to please research your case. We also requested that they keep us informed of progress made in this matter. The USCIS informed us that this case is still undergoing administrative processing, and unfortunately, they are not able to predict how long this process will take. .However, please be assured that my office will contact you when USCIS gives us further information as they are aware of my keen interest in this matter.

I understand that this must be very difficult for you, however, USCIS must follow all U.S. Laws and regulations related to adjudicating visa and immigration cases. Although this information is not as complete as we had hoped, I trust that you will find this information helpful.

Again, thank you for bringing this matter to my attention. Should you have any questions or require additional information, please contact my office directly at (703) 256-3071.

Sincerely,

Gerald E. Connolly
Member of Congress
11th District, Virginia

GC/eh

𝕮𝖔𝖓𝖌𝖗𝖊𝖘𝖘 𝖔𝖋 𝖙𝖍𝖊 𝖀𝖓𝖎𝖙𝖊𝖉 𝕾𝖙𝖆𝖙𝖊𝖘
𝕳𝖔𝖚𝖘𝖊 𝖔𝖋 𝕽𝖊𝖕𝖗𝖊𝖘𝖊𝖓𝖙𝖆𝖙𝖎𝖛𝖊𝖘
𝖂𝖆𝖘𝖍𝖎𝖓𝖌𝖙𝖔𝖓, 𝕯𝕮 20515–4611

OFFICIAL BUSINESS

PRINTED ON RECYCLED PAPER

M.C.

Ms. Mariam Khalid
8729 Flowering Dogwood Lane
Lorton, VA 22079-5602

Amyely - Imivsgrtion