```
Court Name: United States District Court
Division: 1
Receipt Number: 14683021425
Cashier ID: sbrown
Transaction Date: 05/10/2011
Payer Name: HADEED SEXAUER AND SHEKIB
----------------------------------------
CIVIL FILING FEE
 For: HADEED SEXAUER AND SHEKIB
 Amount:         $350.00
----------------------------------------
CHECK
 Remitter: HADEED SEXAUER AND SHEKIB
 Check/Money Order Num: 5365
 Amt Tendered:  $350.00
----------------------------------------
Total Due:       $350.00
Total Tendered:  $350.00
Change Amt:      $0.00

FILING FEE
111CV500
```