sd by Cert. mail

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

2011 MAY 10 P 3:22

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| MARIAM KHALID, MALALAY KHALID, ALHAM KHALID, ZEBEHULLAH KHALID <br> *Plaintiff* <br> v. <br> Greg Richardson <br> *Defendant* | ) ) ) ) ) ) ) ) | 

Civil Action No. 1:11 cv 500

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Greg Richardson, Nebraska Service Center District Director
Nebraska Service Center
850 "S" Street
Lincoln, NE 68501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      Khalid Shekib., Esq.
      Hadeed, Sexauer & Shekib, P.C.
      7010 Little River Turnpike, Ste. 450
      Annandale, VA 22003

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____

                                                                                                  *Signature of Clerk or Deputy Clerk*

RECEIVED

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

*iss by Cert. Mail*

2011 MAY 10 P 3: 22

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| MARIAM KHALID, MALALAY KHALID, ALHAM KHALID, ZEBEHULLAH KHALID <br> *Plaintiff* <br> v. <br> Lauren Kielsmeier <br> *Defendant* | ) ) ) ) ) ) ) ) ) Civil Action No. 1:11 cv 500 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Lauren Kielsmeier
Acting Deputy Director
U.S. Department of Homeland Security
Washington, DC 20525

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Khalid Shekib., Esq.
Hadeed, Sexauer & Shekib, P.C.
7010 Little River Turnpike, Ste. 450
Annandale, VA 22003

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
*Signature of Clerk or Deputy Clerk*

RECEIVED

iss. by cert. mail

2011 MAY 10 P 3:22

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| MARIAM KHALID, MALALAY KHALID, ALHAM KHALID, ZEBEHULLAH KHALID | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 1:11cv500 |
| Janet Napolitano | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Janet Napolitano
Secretary, U.S. Department of Homeland Security
Attn: Office of the General Counsel
Washington, DC 20258

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Khalid Shekib., Esq.
Hadeed, Sexauer & Shekib, P.C.
7010 Little River Turnpike, Ste. 450
Annandale, VA 22003

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

RECEIVED

*fld. by Cert. Mail*

2011 MAY 10 P 3: 22

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| MARIAM KHALID, MALALAY KHALID, ALHAM KHALID, ZEBEHULLAH KHALID | ) ) ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:11 CV 500 |
| Eric Holder | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Eric Holder
Attorney General of the United States
950 Pennsylvania Avenue, N.W., Room 4400
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Khalid Shekib., Esq.
Hadeed, Sexauer & Shekib, P.C.
7010 Little River Turnpike, Ste. 450
Annandale, VA 22003

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____  _____
*Signature of Clerk or Deputy Clerk*

RECEIVED

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

*iss. by Cert. Mail*

2011 MAY 10 P 3: 22

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| MARIAM KHALID, MALALAY KHALID, ALHAM KHALID, ZEBEHULLAH KHALID <br> *Plaintiff* <br> v. <br> Robert. S. Mueller, III <br> *Defendant* | ) ) ) ) ) ) ) ) ) Civil Action No. 1:11cv500 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Robert. S. Mueller, III
Director Of Federal Bureau of Investigations
ATTN: Office of General Counsel, J. Edgar Hoover Building
935 Pennsylvania Ave., N.W. Washington, DC 20535-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Khalid Shekib., Esq.
Hadeed, Sexauer & Shekib, P.C.
7010 Little River Turnpike, Ste. 450
Annandale, VA 22003

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____       _____
                             *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

RECEIVED

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

iss. by cert m/out

2011 MAY 10 P 3: 22

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| MARIAM KHALID, MALALAY KHALID, ALHAM KHALID, ZEBEHULLAH KHALID | ) ) ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:11cv500 |
| Neil MacBride, ESQ. | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Neil MacBride, ESQ.
U.S. Attorney, Eastern District of Virginia
United States Attorney's Office
2100 Jamieson Avenue, Alexandria, VA 22314

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Khalid Shekib., Esq.
Hadeed, Sexauer & Shekib, P.C.
7010 Little River Turnpike, Ste. 450
Annandale, VA 22003

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____            _____
                                 *Signature of Clerk or Deputy Clerk*