IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MARIAM KHALID, *et al.* ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| *v.* ) | Civil Action No. 1:11cv500 |
| ) | |
| GREG RICHARDSON, Acting Director, ) | |
| Nebraska Service Center, US Citizenship and ) | |
| Immigration Services, *et al.* ) | |
| ) | |
| Respondents. ) | |
| ) | |
| ) | |

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Officials of the United States Citizen and Immigration Services have elected to approve petitioner Mariam Khalid, Malalay Khalid, Alham Khalid, and Zebehullah Khalid's I-485 Applications for Adjustment of Status. Accordingly, the parties hereby stipulate and agree that the action be dismissed without prejudice, each party to bear its own costs, including any possible attorneys' fees or other expenses of this litigation. See Fed. R. Civ. P. 41(a)(1)(ii).

Respectfully submitted,

NEIL H. MacBRIDE
UNITED STATES ATTORNEY

_____/s/_____  _____/s/_____
Khalid Shekib, Esq.  Julie Edelstein
Hadeed, Sexauer & Shekib, PC  Assistant U.S. Attorney
7010 Little River Turnpike, Ste. 450  2100 Jamieson Avenue
Annandale, VA 22003  Alexandria, Virginia 22314
Tel: (703) 354-7777  Tel: (703) 299-3770
Attorney for Petitioners  Attorney for Respondents
Email: kshekib@hadeedsexauer.com  Email: julie.edelstein@usdoj.gov
Date: July 11, 2011  Date: July 11, 2011